No. 9365. STATE ex rel. PAUL E. KELLICUT, RELATOR, *v.* DISTRICT COURT OF THE FOURTH JUDICIAL DIS-

TRICT of the State of Montana, in and for the County of Missoula, and the HONORABLE C. E. COMER, one of the Judges therein, RESPONDENTS.

264 Pac. (2d) 727.

Decided December 7, 1953.

*Goldman* and *Jordan, Joseph M. Goldman,* Missoula, for RELATOR.

*Jewell* and *Root,* by *L. Paul Jewell,* Missoula, for RESPONDENTS.

MR. CHIEF JUSTICE ADAIR:

Pursuant to stipulation executed by the respective counsel for the relator and respondents this day filed herein, it is ordered that the writ heretofore issued and served herein be and it is ordered quashed and this proceeding be and it is dismissed as fully settled upon the merits, each party to the proceeding to pay his or its own costs.